UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 19-05715-PA (SHK)** | Date: | August 15, 2019 |
|---|---|---|---|

Title: ***Albert F. Garcia, Jr. v. Andrew Saul, Acting Commissioner of Social Security***

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

      On July 1, 2019, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security.  Electronic Case Filing Number ("ECF No.") 1, Complaint.  On July 9, 2019, the Court issued its Case Management Order ("CMO") in which, Plaintiff was ordered to file a proof of service within **thirty** (30) days of the CMO issuing.  ECF No. 6, CMO.  The CMO warned Plaintiff that failure to comply may result in dismissal of the case.  Id.  To date, the proof of service has not been filed with the Court.

      Accordingly, Plaintiff is ordered to show cause no later than **August 30, 2019,** why this case should not be dismissed for failure to prosecute.  Filing the proof of service by August 30, 2019, shall constitute compliance with this Order.

**IT IS SO ORDERED**