UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-05715-PA-SHK | Date: | January 15, 2020 |
| Title: | *Albert F. Garcia Jr. v. Andrew Saul* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): THIRD ORDER TO SHOW CAUSE**

      On July 1, 2019, Plaintiff Albert F. Garcia Jr. ("Plaintiff") filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security ("Defendant"). Electronic Case Filing ("ECF No.") 1, Complaint. On July 9, 2019, the Court issued its Case Management Order ("CMO"), wherein Plaintiff was ordered to file a proof of service ("POS") within thirty days of the CMO issuing. ECF No. 6, CMO. Plaintiff failed to timely file his POS. Therefore, the Court issued an Order to Show Cause ("OSC"), warning Plaintiff that failure to file the POS by August 30, 2019, or to show cause why Plaintiff had not timely filed his POS, may result in dismissal of the case. ECF No. 7, OSC.

      On August 29, 2019, Plaintiff filed a POS. ECF Nos. 9, 11. The Court then vacated its OSC and reminded the parties "to adhere to the Court's CMO (ECF No. 6) for the remainder of the litigation." ECF No. 12, Order Vacating OSC. On December 23, 2019, Defendant filed a Notice of Non-Receipt of Plaintiff's Settlement Proposal ("Notice"). Electronic Case Filing Number ("ECF No.") 15, Notice. The notice informed the Court that Defendant had not received a settlement proposal from Plaintiff as ordered by the Court's CMO and that Defendant has, therefore, been unable to respond. Id.

      Accordingly, the Court issued a second OSC ("Second OSC"), ordering Plaintiff to show cause in writing by January 9, 2020, "why he has not complied with the Court's CMO and why this case should not be dismissed for failure to prosecute." ECF No. 16, Second OSC. The Court "reminded [Plaintiff] that failure to file a response within the time specified may be

deemed consent to the dismissal without prejudice of this action." Id. As of the date of this Order, nearly one week past the deadline to do so, Plaintiff has failed to respond or otherwise show cause why this case should not be dismissed.

Accordingly, Plaintiff is ordered, again, **one final time**, to show cause in writing by **January 22, 2020**, why this case should not be dismissed for failure to prosecute and for repeated failure to follow Court orders. Plaintiff is warned that failure to respond within the time specified **will** be deemed consent to the dismissal of this action without prejudice.

**IT IS SO ORDERED.**