JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT F. GARCIA, JR.<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security<br><br>　　　　　　　　Defendant. | Case No. 2:19-cv-05715-PA (SHK)<br><br>**JUDGMENT** |

It is the judgment of this Court that this case is DISMISSED, without prejudice.

DATED: January 28, 2020

_____
HONORABLE PERCY ANDERSON
United States District Judge